# Court of Appeals
# of the State of Georgia

ATLANTA,  April 04, 2014

*The Court of Appeals hereby passes the following order:*

**A14D0287.  ADRIAN DECARLOS BROWN v. THE STATE.**

Sixteen years after entering a guilty plea to numerous crimes, including armed robbery and aggravated assault, Adrian DeCarlos Brown filed a "Motion to Enter Valid Judgments."  The trial court dismissed the motion on December 10, 2013, and Brown filed an application for discretionary appeal on January 22, 2014.[1]  We lack jurisdiction.

An application for discretionary appeal must be filed within 30 days of the entry of the order or judgment to be appealed.  See OCGA § 5-6-35 (d).  The requirements of OCGA § 5-6-35 are jurisdictional, and this Court cannot accept an application for appeal not made in compliance therewith.  See *Boyle v. State*, 190 Ga. App. 734 (380 SE2d 57) (1989).  Here, Brown filed his application 43 days after entry of the order he seeks to appeal.  Accordingly, this untimely application for discretionary appeal is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
     *Clerk's Office, Atlanta,* 04/04/2014
     *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
          *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*

---

[1] Brown filed the application in the Supreme Court, which transferred the matter to this Court.